UNITED STATES DISTRICT COURT
For the
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Order Withdrawing Motion To Revoke |
| Vs | ) | Request to Terminate Supervised Release |
| | ) | |
| Eugene Rhinehart | ) | Docket: 7:96-CR-217-017 |

The above named, Eugene Rhinehart, was sentenced on February 19, 1997 to a one hundred fifty-one (151) month custody term to be followed by five (5) years supervised release with special conditions. The defendant previously pled guilty to violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846; Conspiracy to Possess with Intent to Distribute Cocaine and Crack Cocaine. On January 25, 2008, Mr. Rhinehart was released from custody to begin his term of supervised release.

On February 9, 2011, a supervised release violation warrant was issued for Mr. Rhinehart due to his arrest by Spartanburg County Public Safety for the charge of Criminal Sexual Conduct with a Minor, 2nd Degree. The warrant was served on February 17, 2011.

On October 9, 2012, Mr. Rhinehart entered a plea of guilty to these charges in Spartanburg County General Sessions Court and received an eight (8) year custody sentence. For reasons appearing to the Court and upon the recommendation of the United States Probation Officer,

IT IS ORDERED, that the previous motion to revoke supervised release be withdrawn, and the balance of Mr. Rhinehart's supervised release term be terminated.

**IT IS SO ORDERED.**

_____
The Honorable G. Ross Anderson, Jr.
Senior United States District Judge

Anderson, South Carolina
December 18, 2012